■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BOLSON, Appellant. [725 NYS2d 577] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered August 30, 2000, convicting him of operating a motor vehicle while under the influence of alcohol, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

The defendant's remaining contentions are without merit. O'Brien, J. P., Altman, Luciano and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACIE COOK, Appellant. [725 NYS2d 368] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered April 27, 1998, convicting her of grand larceny in the third degree and offering a false instrument for filing in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the evidence was legally insufficient to prove her guilt beyond a reasonable doubt because the People failed to establish that she possessed the requisite criminal intent and misappropriated public assistance benefits in excess of $3,000. We disagree. Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The defendant submitted a benefits recertification form which contained false information regarding her employment status and she thereafter accepted and retained benefits of more than $6,000 to which she was not entitled. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Ritter, J. P., S. Miller, Friedmann and Crane, JJ., concur.